IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| CLARENCE B. THOMPSON | : Bk. No. 4:09-08960 JJT |
| KIMBERLY R. THOMPSON | : |
| Debtors | : |
| | : Chapter No. 07 |
| WELLS FARGO BANK, NA | : |
| Movant | : |
| | : 11 U.S.C. §362 |
| v. | : |
| | : |
| CLARENCE B. THOMPSON | : |
| KIMBERLY R. THOMPSON | : |
| Respondents | : |
| | : |
| and | : |
| | : |
| MICHAEL G. OLEYAR, ESQUIRE | : |
| (TRUSTEE) | : |
| Respondent | : |

**ANSWER TO MOTION OF WELLS FARGO BANK, NA FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Respondents, Clarence B. Thompson and Kimberly R. Thompson, by their attorney, William J. Miele, Esquire, hereby answer the Motion of Wells Fargo Bank for Relief from Automatic Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted. By way of further answer, Debtors will make the required payments before January 15, 2010.

5. Admitted.

6. Respondents are without sufficient knowledge or information as to answer this averment.

7. Respondents are without sufficient knowledge or information as to answer this averment.

8. Respondents are without sufficient knowledge or information as to answer this averment.

9. Respondents are without sufficient knowledge or information as to answer this averment.

10. Admitted in part and denied in part. Debtors have made the November, 2009 payment and the December payment will be made.

11. Admitted.

12. Denied. The delinquent mortgage payments will be made before January 15, 2010.

13. Admitted.

14. Admitted.

WHEREFORE, Respondents respectfully request that this Court enter an Order;

a. leaving the Automatic Stay under §362 in place; and,

b. that Rule 4001(a)(3) is applicable; and,

c. granting any other relief that this Court deems equitable and just.

    Respectfully submitted,

    MIELE & RYMSZA, P.C.

    By: /s/ William J. Miele
       William J. Miele, Esquire
       I.D. No. 32092
       Attorney for Debtors
       36 West Fourth Street
       Williamsport, PA 17701
       570-322-2113
       570-322-8813 (facsimile)

**CERTIFICATE OF SERVICE**

I, William J. Miele, Esquire, hereby certify that a true and correct copy of the foregoing Answer was Joseph P. Schalk, Esquire, attorney for Petitioner and Michael G. Oleyar, Esquire, Trustee, by electronic service on the 22nd day of December, 2009.

    MIELE & RYMSZA, P.C.


By: /s/ William J. Miele
William J. Miele, Esquire
I.D. No. 32092
Attorney for Debtor
36 West Fourth Street
Williamsport, PA 17701
570-322-2113
570-322-8813 (facsimile)