FOX AND FOX
By: Craig H. Fox, Esquire
Attorney I.D. #49509
**706 One Montgomery Plaza**
**Airy and Swede Streets**
**Norristown, PA  19401**
**Telephone:  (610) 275-7990**
**Facsimile:   (610) 275-2866**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    CLARENCE B. THOMPSON AND | : | |
|    KIMBERLY R. THOMPSON | : | |
|                  Debtor(s) | : | CASE NO. 4-09 |
| | : | |
| | : | BANKRUPTCY NO. 08960-JJT |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF PAPERS

TO THE CLERK, U.S. BANKRUPTCY COURT:

      Kindly enter my appearance on behalf of American General Consumer Discount Company,  in the above entitled matter, and take notice that as a party in interest, we hereby request, through Fox and Fox, Attorneys-at-Law, and its undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon: Fox and Fox, 706 One Montgomery Plaza, Norristown, PA 19401.

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Date:    01/07/10                                                                         Respectfully submitted,

                                                                       FOX AND FOX

                                                                        /s/   Craig H. Fox, Esquire
                                                                       Craig H. Fox, Esquire
                                                                       Attorney for American General
                                                                       Consumer Discount Company

cc:     **Counsel for the Debtor**:
        Edward J. Rymsza, Esquire
        Miele & Rymsza, P.C.
        36 W. 4th Street
        Williamsport, PA 17701

        **Trustee:**
        Michael Olyar, Esquire
        1363 North Church Street
        Hazle Township, PA 18202

Notice of Appearance.doc

Case 4:09-bk-08960-JJT    Doc 24    Filed 01/07/10    Entered 01/07/10 09:37:16    Desc
Main Document    Page 1 of 1