IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                           :
    CLARENCE B. THOMPSON,        :
    KIMBERLY R. THOMPSON,        :
        Debtors/Plaintiffs       :
                                 :
CLARENCE B. THOMPSON and         :
KIMBERLY R. THOMPSON,            :
        Movants                  :
                                 : NO.  4:09-BK-08960-JJT
    vs.                          :
                                 : CHAPTER 7
AMERICAN GENERAL FINANCE,        :
INC.,                            :
        Respondent               :
```

**ORDER**

It is hereby, ORDERED and DIRECTED that the lien filed by American General Finance, Inc. be removed and said exempt property remain in the possession and ownership of Debtors.

By the Court,

*[signature]*

Dated: February 12, 2010

John J. Thomas, Bankruptcy Judge
(DG)

*This document is electronically signed and filed on the same date.*